UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
DAVID WALSH,                              :
                                          :
        Plaintiff,                       :   Case No.: 1:20-cv-06451-KPF
                                          :
   -against-                             :
                                          :
NOBLE ENERGY, INC., DAVID L. STOVER,      :
JEFFREY L. BERENSON, JAMES E.             :
CRADDOCK, BARBARA J. DUGANIER,            :
THOMAS J. EDELMAN, HOLLI C.               :
LADHANI, SCOTT D. URBAN, WILLIAM T.       :
VAN KLEEF, and MARTHA B. WYRSCH,          :
                                          :
        Defendants.                      :
----------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 23, 2020          Respectfully submitted,

                                                   **MONTEVERDE & ASSOCIATES PC**

                                                 */s/Juan E. Monteverde*
                                                 Juan E. Monteverde (JM-8169)
                                                 The Empire State Building
                                                 350 Fifth Avenue, Suite 4405
                                                 New York, New York 10118
                                                 Tel: 212-971-1341
                                                 Fax: 212-202-7880

                                                 *Attorney for Plaintiff*